# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>        Plaintiff,<br><br>    v.<br><br>TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:18-cv-00504-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES<br><br>(ECF No. 21) |

On August 30, 2018, the Court issued a scheduling order setting the trial date and associated pretrial deadlines in this matter. (ECF No. 16.) On June 24, 2019, the parties filed a stipulation requesting the Court's approval of an agreement to extend the expert discovery deadlines and the dispositive motion deadline in this matter. (ECF No. 24.) The Court shall grant the proposed extensions to the expert discovery deadlines. However, given the limited time between the proposed dispositive motion deadline and the currently set pretrial conference and trial dates, the Court shall deny, without prejudice, the proposed extension of the dispositive motion deadline. The Court reminds the parties of the following language contained in the scheduling order:

> **Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California,**

**Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause.**

(ECF No. 16 (emphasis in original).)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the August 30, 2018 scheduling order (ECF No. 16) is amended as follows:

1. Expert Disclosure Deadline: September 16, 2019;
2. Supplemental Expert Disclosure Deadline: October 14, 2019;
3. Expert Discovery Deadline: November 18, 2019;
4. All other dates and aspects of the August 30, 2018 scheduling order shall remain in effect, including the dispositive motion deadline of October 13, 2019; and
5. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **June 25, 2019**

UNITED STATES MAGISTRATE JUDGE

2