# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br><br>v.<br><br>TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:18-cv-00504-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES<br><br>(ECF No. 23) |

On August 30, 2018, the Court issued a scheduling order setting the trial date and associated pretrial deadlines in this matter, including a dispositive motion deadline of October 13, 2019, a pretrial conference for February 12, 2020, and a trial date of March 31, 2020. (ECF No. 16.) On June 13, 2019, pursuant to the parties' stipulation, the Court extended the non-expert discovery deadline in this matter until August 30, 2019, to allow for Plaintiff to respond to requests for production, and to complete the 30(b)(6) deposition of Plaintiff. (ECF Nos. 19, 20.) On June 25, 2019, pursuant to the parties stipulation, the Court issued an order granting extensions of the expert discovery deadlines by sixty days, however, the Court denied, without prejudice, the parties' request to extend the dispositive motion filing deadline because of the proximity between the proposed date and the pretrial conference. (ECF Nos. 21, 22.)

On August 20, 2019, the parties filed a stipulation to again extend the non-expert discovery deadline for the purposes of allowing Plaintiff to respond to the requests for

production and to complete the 30(b)(6) deposition of Plaintiff, in addition to requesting a second extension of the expert discovery deadlines. (ECF No. 23.)

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the August 30, 2018 scheduling order (ECF No. 16), as amended June 13, 2019 and June 25, 2019 (ECF Nos. 20, 22), is further amended as follows:

1. Non-Expert Discovery Deadline for Plaintiff to respond to Defendant's requests for production and to complete the Rule 30(b)(6) deposition of the City of Fresno: October 31, 2019;
2. Defendant's deadline to schedule an informal telephonic conference regarding the Plaintiff's responses to the requests for production or the 30(b)(6) deposition of the City of Fresno: October 31, 2019[1];
3. Expert Disclosure Deadline: November 16, 2019;
4. Supplemental Expert Disclosure Deadline: December 14, 2019;
5. Expert Discovery Deadline: January 18, 2020;
6. All other dates and aspects of the August 30, 2018 scheduling order shall remain in effect, including the dispositive motion deadline of October 13, 2019[2]; and

///
///
///
///
///
///
///

---

[1] The Court reminds the parties of its order issued on June 13, 2019, wherein the Court warned the parties that absent good cause, the Court will only grant relief on a discovery motion if the relief requested requires the parties to act before the expiration of the relevant discovery deadline. (ECF No. 20.)

[2] Because the new deadlines for completion of non-expert and expert discovery will extend beyond the current deadline to file a dispositive motion, the Court assumes that by extending the discovery periods that such expert discovery will not be required for use in any dipositive motion, and that the non-expert discovery will not be required if not completed in advance of October 13, 2019. If the parties' intent is otherwise, they shall inform the Court within five days of entry of this order.

7. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **August 20, 2019**

_____
UNITED STATES MAGISTRATE JUDGE